UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  Chapter  7
Case No. 10-07218
Estela Villanueva  Honorable Jeffrey R. Hughes

Debtor
_____/

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND WAIVING PROVISION FED. R. BANKR. P. 4001(a)(3) AS TO U.S. BANK, N.A.**

Movant, U.S. Bank, N.A., by and through its attorneys, Orlans Associates, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 15 Water Street South, Hart, MI 48420, and the Court being in receipt of the Motion and the Court being fully advised in the premises:

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. §362(a) is terminated effective upon entry of this Order as to the interest of U.S. Bank, N.A. in said real estate.

2) U.S. Bank, N.A. and its successors and assigns are free to pursue its state court remedies with respect to its interest in the subject property.

3) The provisions of the Fed. R. Bankr.P. 4001(a)(3) are waived and the Order shall be in full force and effect upon entry.

4) All communications including, but not limited to, notices required by state law, sent by Creditor in connection with proceeding against the property may be sent directly to the Debtor.

5) This order shall be binding and effective despite any conversions of this Bankruptcy case to a case under any other chapter of Title 11 of the U.S. Bankruptcy Code.

**End of Order**

**Signed: September 25, 2010**

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge